BENJAMIN B. WAGNER
United States Attorney
MIA GIACOMAZZI
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>INOCENIO RAMIREZ-VELAZCO,<br><br>                Defendant. | CASE NO.: 5:12-mj-63-JLT and<br>             5:12-mj-68-JLT<br><br>STIPULATION TO CONTINUE<br>PRELIMINARY HEARING;ORDER<br><br>PROPOSED DATE: December 3, 2012<br>TIME:    1:30 p.m.<br>COURT:   10 (GSA) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Mia Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender Janet Bateman, Counsel for Defendant Inocencio Ramirez-Velazco, that the preliminary hearing currently set for Friday, November 30, 2012 at 1:30 p.m. **may be continued to Monday, December 3, 2012, at 1:30 p.m. before United States Magistrate Judge Gary S. Austin.** The reason for the continuance is that the defendant is housed in Lerdo and will not be available to be transported to the court until Monday, December 3, 2012.  The parties agree that this continuance will conserve time and resources for both parties and the court.

- 1 -   STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

The defendant recognizes that this continuance will put the preliminary hearing outside of the statutory time period of 14 days after the initial appearance and consents to this continuance based on good cause and taking into account the public interest in the prompt disposition of criminal cases.

```
                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: November 19, 2012    By:    /s/ MIA A. GIACOMAZZI
                                   MIA A. GIACOMAZZI
                                   Assistant U.S. Attorney


Dated: November 19, 2012    By:    /s/ JANET BATEMAN
                                   JANET BATEMAN
                                   Attorney For Defendant
```

**ORDER**

**IT IS SO ORDERED** that the preliminary hearing currently set for Friday, November 30, 2012 at 1:30 p.m. **is CONTINUED to Monday, December 3, 2012, at 1:30.  The Court orders this continuance of the preliminary hearing outside of the statutory period based on the defendant's consent, a showing of good cause and taking into account the public interest in the prompt disposition of criminal cases.**

IT IS SO ORDERED.

Dated:   **November 29, 2012**           /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

- 3 -    STIPULATION TO CONTINUE STATUS CONFERENCE
         AND ORDER THEREON